Adam Brezine, California Bar No. 220852
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:   adam.brezine@bryancave.com

Attorneys for Defendants
CITIMORTGAGE, INC.

Robert F. Samuel, Esq., California Bar No. 126928
8652 Timber Court
Orangevale, California, 95662
Telephone:   (916) 817-1654
Email:   rfsamuel99@yahoo.com

Attorney for Plaintiffs
ROBERT F. SAMUEL and PATRICIA A. SAMUEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. SAMUEL & PATRICIA A. SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation DBA Citibank and Citigroup et al.<br><br>Defendants. | CASE NO. C12-5871<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>[N.D. Local Rule 6-1(a)] |

83004.1

## **STIPULATION**

Defendant CitiMortgage, Inc. ("Defendant") and Plaintiffs Robert F. Samuel and Patricia A. Samuel ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:   Plaintiffs have granted Defendants an extension of time to respond to the Complaint up to and including **January 11, 2013**.  This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated:  December 21, 2012

Robert F. Samuel, Esq.

By:   /s/ Robert F. Samuel
      Robert F. Samuel
Attorney for Plaintiffs
ROBERT F. SAMUEL and PATRICIA A. SAMUEL

Dated:  December 21, 2012        **BRYAN CAVE LLP**

By:   /s/ Adam Brezine
      Adam Brezine
Attorneys for Defendant
CITIMORTGAGE, INC.

**[PROPOSED] ORDER**

Having reviewed the stipulation of Plaintiffs ROBERT F. SAMUEL, and PATRICIA A. SAMUEL and Defendant CITIMORTGAGE, INC. and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended to **January l1, 2013**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 2, 2013



_____
Judge of the United States District Court
Northern District of California

*Judge Maria-Elena James*

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

83004.1

2