UNITED STATES DISTRICT COURT

Northern District of California

ROBERT F SAMUEL,                                    No. C 12-05871 MEJ

                Plaintiff(s),           **NOTICE VACATING CASE**
    v.                                              **MANAGEMENT CONFERENCE**

CITIMORTGAGE INC,

                Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that the Case Management Conference scheduled for February 21, 2013 is vacated and will be rescheduled, if necessary, after any pending motions are resolved.

Dated: January 28, 2013

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James,
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**