UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT F SAMUEL,<br>　　　　　　　Plaintiff(s),<br>　　v.<br>CITIMORTGAGE INC,<br>　　　　　　　Defendant(s).<br>_____/ | No. C 12-05871 MEJ<br><br>**NOTICE VACATING CASE MANAGEMENT CONFERENCE** |

YOU ARE HEREBY NOTIFIED that the Case Management Conference scheduled for February 21, 2013 is vacated and will be rescheduled, if necessary, after any pending motions are resolved.

Dated: January 28, 2013

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James,
United States Magistrate Judge